IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL NO:

GARY L. NICHOLS and SHEILA L. NICHOLS, *Plaintiffs*

vs. **COMPLAINT**

PORTFOLIO RECOVERY ASSOCIATES, LLC, *Defendant*

    Serve:  Registered Agent
              Portfolio Recovery Associates, LLC
              120 Corporate Blvd, Suite 1
              Norfolk, VA 23502

\* \* \* \* \* \* \* \*

NOW COME Plaintiffs, GARY L. NICHOLS and SHEILA L. NICHOLS, by and through their attorneys, KROHN & MOSS, LTD., and for their Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, allege and affirmatively state as follows:

### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

### PARTIES

2. Plaintiffs, GARY L. NICHOLS and SHEILA L. NICHOLS ("Plaintiff") are individuals who were at all times relevant hereto residing in the State of Kentucky, County of Greenup.

3. Plaintiffs are consumers as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiffs.

5. Defendant is a national corporation which does business in Kentucky and has its headquarters in Norfolk, Virginia.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. In or around January of 2010, Defendant began placing collection calls to Plaintiffs.

11. Defendant is collecting on an alleged debt owed to Fashion Bug by Plaintiffs.

12. Defendant places collection calls to Plaintiffs up to two (2) times per day from multiple numbers including (407) 347-4014, (205) 588-8181, (757) 961-3547 and (484) 489-2840.

13. On numerous occasions over the past year, Plaintiffs told Defendant to stop calling.

14. Defendant kept calling, and as such, Plaintiffs sent a cease and desist letter to Defendant on January 28, 2011. *See* letter and USPS certified mail information, attached hereto as Exhibit "A."

15. Despite the cease and desist letter, on February 4, 2011, at 4:01 p.m., Defendant placed a collection call to Plaintiffs from (858) 346-1184.

## COUNT I
## VIOLATION OF THE THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(c)* by continuing to communicate with Plaintiffs after Defendant was notified in writing that Plaintiffs wished Defendant to cease further communication;

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiffs; and

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, GARY L. NICHOLS and SHEILA L. NICHOLS, respectfully request judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

   a. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*
   b. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;
   c. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, GARY L. NICHOLS and SHEILA L. NICHOLS, demand a jury trial in this cause of action.

DATED: March 23, 2011

Respectfully Submitted,
**GARY L. NICHOLS and SHEILA L. NICHOLS**

By: /s/Lee Cassie Yates
Lee Cassie Yates – Atty No. 91821
Attorney for Plaintiffs
KROHN & MOSS, LTD.
120 West Madiosn Street, 10th Floor
Chicago, Illinois 60602
(312) 578-9428

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY )
                                     ) ss.
COUNTY OF GREENUP )

Plaintiff, Gary L. Nichols, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

                                                                      _____
                                                                      Gary L. Nichols

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY      )
                                             ) ss.
COUNTY OF GREENUP   )

Plaintiff, Sheila L. Nichols, having first been duly sworn and upon oath, deposes and says as follows:

8. I am a Plaintiff in this civil proceeding.
9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

*Sheila L. Nichols* (signature)
Sheila L. Nichols